# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Edward Murphy,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:14-cv-00053-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Frank L. Perry,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2015 Order.

April 9, 2015

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court